[No. 48655-5-II.   Division Two.   May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-1-01926-8, Erik D. Price, J., entered February 24, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 48831-1-II.   Division Two.   May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WAYNE TOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00656-2, Nelson E. Hunt, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.

[Nos. 33419-8-III; 34507-6-III.   Division Three.   May 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS CORTEZ BARAJAS, *Appellant*.

*In the Matter of the Personal Restraint of* JUAN CARLOS CORTEZ BARAJAS, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00422-5, John M. Antosz, J., entered May 27, 2015, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.